

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOHN BERRY JACKSON, | § | No. 08-19-00174-CR |
| Appellant, | § | Appeal from the |
| v. | § | 132nd District Court |
| THE STATE OF TEXAS, | § | of Scurry County, Texas |
| State. | § | (TC# 10639) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 18, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jacob Blizzard, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 18, 2019.

IT IS SO ORDERED this 19th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.